1  KENT A. RUSSELL (Cal. Bar #52021)
   Law Offices of Russell and Russell
2  2299 Sutter Street
   San Francisco, CA 94115
3  Phone: 415-929-8301.  Fax: 415-929-8303
4  e-mail: kentrussell@sbcglobal.net

5  Attorney for Petitioner
   MARIO MERINO
6

7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 MARIO MERINO,                   )   No. C 08-3231 CW
                                   )
11     Petitioner,                 )   **APPLICATION FOR**
                                   )   **CONSENT ORDER**
12 v.                              )   **GRANTING**
                                   )   **SUBSTITUTION OF**
13 MICHAEL MARTEL, Warden,         )   **ATTORNEY**
                                   )
14     Respondent.                 )   **Attached**:
15 _____ )   > Substitution of Attorneys
                                       > Consent Order
16

17     Petitioner MARIO MERINO, by and through his counsel of record Kent
18 A. Russell, Esq., hereby applies to this Court for a consent order granting a
19 substitution of attorneys, whereby Petitioner will henceforth represent
20 himself in this matter.
21     This Application is based on the Declaration of Kent A. Russell, which
22 follows hereinbelow, and on the forms attached hereto (Substitution of
23 Attorneys, Consent Order Granting Substitution of Attorney).
24     Dated: July 30, 2008.         Respectfully submitted,
25
26                                   /s/ *Kent A. Russell*
27                                   KENT A. RUSSELL
28                                   Attorney for Petitioner MARINO

                                     1

**DECLARATION OF KENT A. RUSSELL, ESQ., IN SUPPORT OF APPLICATION FOR CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEYS**

I, Kent A. Russell, an attorney in good standing before the bar of this court, am current counsel of record for Petitioner MERINO. I hereby declare as follows in support of the within Application for substitution of counsel.

1. I was retained by Petitioner to represent him on state habeas corpus and, upon exhaustion of state remedies, to file a federal habeas corpus petition complying with AEDPA.

2. I have performed in this capacity to the best of my ability, including the filing of a federal habeas corpus petition on Petitioner's behalf, pursuant to 28 USC § 22554. Said petition was filed on July 3, 2008, within less than a month of the California Supreme Court order denying Petitioner's state habeas corpus petition. Because of the time constraints of AEDPA, and because Petitioner is an incarcerated prisoner, prior to the filing of his federal habeas corpus petition, I did not have time to consult with Petitioner about his long-term ability or desire to have me represent him in this litigation.

3. After the petition was filed, I was informed, through the family member who has been paying my fees, that the family no longer wished to retain me in this matter. Promptly thereafter, I wrote to Petitioner informing him of same, and requesting that he confirm his intention to discharge me by signing a Substitution of Attorneys form which I had executed, and a "Consent Order Granting Substitution of Attorney". I also provided Petitioner with a Request for Dismissal form in the event that Petitioner wanted to voluntarily dismiss the case.

4. On or about July 15, 2008, while my correspondence to Petitioner concerning the foregoing was pending, this Court issued an Order to Show Cause, ordering Respondent to file an answer and permitting Petitioner to file a Reply thereto.

5. Within the past couple of days, I received a letter from Petitioner, in which he confirmed that he wished to discharge me and represent himself in this litigation, and in which Petitioner also stated that he did not want to have his case voluntarily dismissed. In conformity therewith, Petitioner signed the Substitution and Consent forms, thereby authorizing me to apply to this Court for an order permitting Petitioner to represent himself in all further proceedings. This Application promptly follows.

6. Based on the above, I hereby apply to this court for a consent order granting Petitioner's request to substitute me out of this litigation and, in lieu thereof, for Petitioner to represent himself in further proceedings before this Court.

7. Attached hereto are the executed forms referred to above.

I declare under penalty of perjury and pursuant to the laws of California that the foregoing is true and correct. Executed on July 30, 2008 at Sequim, WA.


/s/ *Kent A. Russell*
KENT A. RUSSELL, Esq.

**CONCLUSION**

Based on the foregoing, Petitioner respectfully requests that the Court consent to the requested substitution of attorneys, relieve present counsel of

1 his duties in this litigation, and permit Petitioner to represent himself in all
2 subsequent proceedings herein.
3   Dated: July 30, 2008.
4   Respectfully submitted,

/s/ *Kent A. Russell*
KENT A. RUSSELL

Attorney for Petitioner
MARIO MERINO

4

1  KENT A. RUSSELL (Cal. Bar #52021)
   Law Offices of Russell and Russell
2  2299 Sutter Street
   San Francisco, CA 94115
3  Phone: 415-929-8301.  Fax: 415-929-8303
4  e-mail: kentrussell@sbcglobal.net

5  Attorney for Petitioner
   MARIO MERINO
6

7              IN THE UNITED STATES DISTRICT COURT
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10 MARIO MERINO,                    )   No. C 08-3231 CW
                                    )
11       Petitioner,                )   **SUBSTITUTION OF**
                                    )   **ATTORNEYS**
12 v.                               )
                                    )
13                                  )
   MICHAEL MARTEL, Warden,          )
14                                  )
         Respondent.                )
15 _____  )

16       Petitioner MARIO MERINO hereby substitutes himself, in propria persona, as his attorney in this

17 matter, in lieu of current counsel Kent. A. Russell.

18       Petitioner's mailing address is as follows:
19
                        MARIO MERINO
20                      CDC # V-54572
                     Mule Creek State Prison
21                      B-8-342 u
                     P.O. Box 409040
22                     Ione, CA 94560
23
   I consent to this substitution:
24
   Dated:  June 9, 2008                _____
25                                     KENT A. RUSSELL
                                       Former counsel
26
   Dated:  July 21, 2008               _____
27                                     MARIO MERINO
28                                     New Counsel, In Pro Per

◎AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN _____ District of _____ CALIFORNIA

MARIO MERINO

　　　　　Plaintiff (s),

V.

MICHAEL MARTEL, Warden

　　　　　Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 08-3231 CW

Notice is hereby given that, subject to approval by the court, __Petitioner__ substitutes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Party (s) Name)

__Mario Merino, In Propria Persona__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __KENT A. RUSSELL, Cal. Bar # 52021, Law Offices of Russell and Russell__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　MARIO MERINO, CDC #V-54572, In Pro Per
　　Address:　　Mule Creek State Prison, B-8-242u  P. O. Box 409040 Ione, CA 94560.
　　Telephone:　　_____　Facsimile _____
　　E-Mail (Optional): _____

I consent to the above substitution.
Date:　　7/21/2008　　　　　　　　　　　_/s/ Mario A. Merino_
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　　7/16/2008　　　　　　　　　　　_/s/ Kent Russell_
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　　7/21/008　　　　　　　　　　　_/s/ Mario A. Merino_
　　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## CERTIFICATE OF SERVICE BY MAIL BY ATTORNEY

I, KENT A. RUSSELL, hereby certify that I am an active member of the California State Bar, and not a party to the within action.

My business address is 2299 Sutter Street, San Francisco, CA 94115 (ph. 415-929-8301).

On the date specified below, I served the indicated document on opposing counsel in this action at their business address by placing the document in an envelope, which was then sealed and postage fully paid thereon, and thereafter I caused the document to be deposited in the United States mail at San Francisco, CA, as follows:

**Case Name:** *Merino v. Martel*

**Date of Service:** July 30, 2008,

**Document(s) Served**: APPLICATION FOR CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEYS; SUBSTITUTION OF ATTORNEYS; CONSENT ORDER.

**Service Upon:**

Mario Merino #V-54572
Mule Creek State Prison
B-8-242 U
P. O. Box 409040
Ione, CA 94560

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, CA.

_____
KENT A. RUSSELL, Esq.