✍AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

| MARIO MERINO | CONSENT ORDER GRANTING |
| Plaintiff (s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| MICHAEL MARTEL, Warden | CASE NUMBER: C 08-3231 CW |
| Defendant (s), | |

FILED
AUG - 5 2008
RICHARD W. WIEKING
CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Notice is hereby given that, subject to approval by the court, __Petitioner__ substitutes
(Party (s) Name)

__Mario Merino, In Propria Persona__, State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __KENT A. RUSSELL, Cal. Bar # 52021, Law Offices of Russell and Russell__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    MARIO MERINO, CDC #V-54572, In Pro Per
Address:     Mule Creek State Prison, B-8-242u P. O. Box 409040 Ione, CA 94560.
Telephone:   _____ Facsimile _____
E-Mail (Optional): _____

I consent to the above substitution.
Date:    7/21/2008
                                    _____
                                    (Signature of Party (s))

I consent to being substituted.
Date:    7/16/2008
                                    _____
                                    (Signature of Former Attorney (s))

I consent to the above substitution.
Date:    7/21/008
                                    _____
                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    AUG - 5 2008
                                    _____
                                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]