FILED
AUG 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARIO MERINO      Plaintiff,

vs.

MICHAEL MARTEL   Defendant.

CASE NO. C 08-3231 CW

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, MARIO A. MERINO, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  ___DIVERSIFIED PROTECTION SYSTEMS   $104,000.00 PER YEAR GROSS_____
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or        Yes ___ No _X_
10         self employment
11     b.   Income from stocks, bonds,      Yes ___ No _X_
12         or royalties?
13     c.   Rent payments?                   Yes ___ No _X_
14     d.   Pensions, annuities, or          Yes ___ No _X_
15         life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___ No _X_
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.   Are you married?                           Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.   a.   List amount you contribute to your spouse's support: $ _____

b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.   Do you own or are you buying a home?   Yes ___   No _X_

Estimated Market Value: $_____   Amount of Mortgage: $_____

6.   Do you own an automobile?   Yes ___   No _X_

Make _____   Year _____   Model _____

Is it financed? Yes ___   No ___   If so, Total due: $_____

Monthly Payment: $_____

7.   Do you have a bank account?   Yes ___   No _X_   (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash?   Yes ___   No _X_   Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)   Yes ___   No _X_

_____

8.   What are your monthly expenses?

Rent: $_____   Utilities: _____

Food: $_____   Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9.   Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 | _____
4 | _____
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No _X_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |        I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |        I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | _____          _____
17 |       DATE                              SIGNATURE OF APPLICANT

Case Number: __C 08-3231__

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __MARIO MERINO, V-54572__ for the last six months at __B-6-242U__

[prisoner name]

__MULE CREEK STATE PRISON__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __33.53__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __77.44__.

Dated: __8-5-8__                       _Georgianna Littlejohn_ (signature)

[Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                                          REPORT DATE: 08/05/08
                                                                                 PAGE NO:         1
                       CALIFORNIA DEPARTMENT OF CORRECTIONS
                              MULE CREEK STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 05, 2008

ACCOUNT NUMBER : V54572                      BED/CELL NUMBER: B 080000000242U
ACCOUNT NAME   : MERINO, MARIO ALBERT        ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                             TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE  DESCRIPTION     COMMENT        CHECK NUM   DEPOSITS   WITHDRAWALS    BALANCE

02/01/2008     BEGINNING BALANCE                                                      76.20
02/06 *VD54  INMATE PAYROL JAN   2851                       12.15                     88.35  feb
02/19  FR01  CANTEEN RETUR 703025                                       35.00-       123.35
02/19  FC02  DRAW-FAC 2                                                 70.00         53.35
03/06 *DD30  CASH DEPOSIT  MALLST3181                       45.00                     98.35
03/24  FR01  CANTEEN RETUR 703412                                        1.90-       100.25  mar
03/24 *FC02  DRAW-FAC 2    B/3RD 3430                                   30.00         70.25  apr
04/09  W521  FUND RAISER C FOOD  3668                                   22.00         48.25
04/09  W521  FUND RAISER C DON   3672                                    4.40         43.85
04/21  FR01  CANTEEN RETUR 703831                                        2.75-        46.60
04/21  FC02  DRAW-FAC 2    B/3RD 3851                                   25.00         21.60
04/24 *DD30  CASH DEPOSIT  MLLST 3906                       45.00                     66.60  may
05/19  FC02  DRAW-FAC 2    B/3RD 4292                                   30.00         36.60
06/03 *DD30  CASH DEPOSIT  MLLST 4446                       54.00                     90.60  jun
06/23  FC02  DRAW-FAC 2    B/3RD 4706                                   40.00         50.60
06/26  W502  POSTAGE CHARG 0625  4746                                    2.02         48.58  jul
07/21  FC02  DRAW-FAC 2    BYD/3 0279                                   20.00         28.58
07/25 *DD30  CASH DEPOSIT  MLLST 0373                       45.00                     73.58

                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/21/04                     CASE NUMBER: *CC328533
COUNTY CODE  : *SCL                          FINE AMOUNT: $     1,190.00

DATE         TRANS.  DESCRIPTION                              TRANS. AMT.    BALANCE

02/01/2008   BEGINNING BALANCE                                                528.41
02/06/08     VR54    RESTITUTION DEDUCTION-SUPPORT             13.50-         514.91
03/06/08     DR30    REST DED-CASH DEPOSIT                     50.00-         464.91
04/24/08     DR30    REST DED-CASH DEPOSIT                     50.00-         414.91
```

```
REPORT ID: TS3030  .701                                           REPORT DATE: 08/05/08
                                                                       PAGE NO:      2
                              MULE CREEK STATE PRISON
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 05, 2008

ACCT: V54572       ACCT NAME: MERINO, MARIO ALBERT         ACCT TYPE: I

                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/21/04                         CASE NUMBER: *CC328533
COUNTY CODE: *SCL                                FINE AMOUNT: $  1,190.00

DATE       TRANS.    DESCRIPTION                   TRANS. AMT.      BALANCE
------     ------    -----------                   -----------      -------
06/03/08   DR30      REST DED-CASH DEPOSIT            60.00-         354.91
07/25/08   DR30      REST DED-CASH DEPOSIT            50.00-         304.91

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                           TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS      TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS BALANCE      BALANCE    TO BE POSTED
---------      --------     ----------- -------      -------    ------------
  76.20         201.15        203.77      73.58       0.00         0.00

                                          CURRENT
                                          AVAILABLE
                                          BALANCE
                                          ---------
                                            73.58
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ TRUST OFFICE



M.C.S.P.
Mario Meono / V-54572 (8-8-2004)
P.O. Box 409040
Ione, CA. 95640

U.S. District Court - Northern District of C[A]
Clerk's Office
450 Golden Gate Ave, 16th Floor
San Francisco, CA. 94102

RECEIVED
AUG 14 2008
R[ICHARD] W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CW

S. Winkler 08·12·08