IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MARIO MERINO,** | C 08-3231 CW |
| Petitioner, | **ORDER** |
| v. | |
| **MICHAEL MARTEL, Warden, Mule Creek State Prison,** | |
| Respondent. | |

    GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with the Court and serve on petitioner, on or before **October 14, 2008**, an answer or other response to the petition for writ of habeas corpus.  If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it upon Respondent within thirty (30) days of his receipt of the answer.

    IT IS SO ORDERED.

Dated:   8/28/08                                   _Claudia Wilken_

                                           The Honorable Claudia Wilken

|   |   |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA | |

MARIO MERINO,

    Plaintiff,

v.

WARDEN, MULE CREEK STATE PRISON et al,

    Defendant.

Case Number: CV08-03231 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mario Merino V-54572
Mule Creek State Prison
B-8-242U
P.O. Box 409040
Ione, CA 94560

Dated: August 28, 2008

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

Order

Merino v. Martel, Warden
Case No. C 08-3231 CW