IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARIO MERINO,** <br><br> Petitioner, <br><br> v. <br><br> **MICHAEL MARTEL, Warden, Mule Creek State Prison,** <br><br> Respondent. | Case No. C 08-3231 CW (PR) <br><br> [PROPOSED] ORDER |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **March 5, 2012**, in which to file and serve a supplemental answer to the amendment to the petition for a writ of habeas corpus. Petitioner shall file and serve a supplemental traverse within **thirty (30) days** of his receipt of the supplemental answer.

IT IS SO ORDERED.

Dated: ___1/9/2012_____            _____
                                             The Honorable Claudia Wilken
                                             United States District Judge

1

[Proposed] Order                                              (C 08-3231 CW (PR))